# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MELISSA SILONG, et al., | CASE NO. CV F 06-0474 AWI LJO |
| Plaintiffs, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE** |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for dispositive proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c). All papers shall bear the new case number **CV F 06-0474 LJO**.

Upon Judge O'Neill's confirmation as district judge, a magistrate judge will be assigned to handle matters reserved for magistrate judges.

IT IS SO ORDERED.

**Dated:   August 30, 2006**          /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE