McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINA MELISSA SILONG and LT. COL. RICHARD SILONG, both individually and as next friend of Paige Elise Silong, their minor daughter, <br><br>          Plaintiffs, <br><br>     v. <br><br> UNITED STATES OF AMERICA, <br><br>          Defendant. | 1:06-cv-00474-LJO <br><br> **STIPULATION RE CASE SCHEDULE; ORDER THEREON** |

    Plaintiffs Gina Melissa Silong and Lt. Col. Richard Silong,
both individually and as next friend of Paige Elise Silong, their
minor daughter ("Plaintiffs") and Defendant United States of
America ("United States"), by and through undersigned counsel,
hereby stipulate to the following revised dates in the Court's
August 29, 2006 Scheduling Conference Order (Doc. 19), and
respectfully request that the Court so approve.

    Good cause exists for this stipulation extending the expert
disclosure deadlines in that the parties have a settlement
conference set for January 29, 2007 and have not yet received the
final deposition transcript of the treating physician.

|                                           | Old Dates      | New Dates      |
|-------------------------------------------|----------------|----------------|
| Expert disclosure deadline                | Jan. 19, 2007  | Feb. 28, 2007  |
| Supplemental expert disclosure deadline   | Feb. 1, 2007   | Mar. 14, 2007  |

Except as set forth above, the dates in the August 29, 2006 Scheduling Conference Order remain unchanged.


Dated:  December 20, 2006.

                    Respectfully submitted,

    THE MICHAEL ARCHULETA LAW          McGREGOR W. SCOTT
    FIRM                               United States Attorney


By: /s/Jamal K. Alsaffar      By:  /s/Kimberly A. Gaab
    MICHAEL ARCHULETA              KIMBERLY A. GAAB
    JAMAL K. ALSAFFAR              Attorneys for Defendant
    Attorneys for PlaintiffS       United States of America
    Gina Melissa Silong and Lt.
    Col. Richard Silong, both
    individually and as next
    friend of Paige Elise Silong,
    their minor daughter

IT IS SO ORDERED.

**Dated:   December 20, 2006**          /s/ Lawrence J. O'Neill
66h44d                        UNITED STATES MAGISTRATE JUDGE