```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINA MELISSA SILONG and LT. COL. RICHARD SILONG, both individually and as next friend of Paige Elise Silong, their minor daughter,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | 1:06-cv-00474-LJO-DLB<br><br>**STIPULATION RE CASE SCHEDULE; ORDER THEREON** |

　　　Plaintiffs Gina Melissa Silong and Lt. Col. Richard Silong, both individually and as next friend of Paige Elise Silong, their minor daughter ("Plaintiffs") and Defendant United States of America ("United States"), by and through undersigned counsel, hereby stipulate to the following revised dates in the Court's August 29, 2006 Scheduling Conference Order (Doc. 19) and Order on Stipulation re Case Schedule (Doc. 23), and respectfully request that the Court so approve.

　　　Good cause exists for this stipulation in that the parties are attempting to informally resolve the case prior to the expenditure of additional litigation fees, and one of the United

States' expert witnesses is out-of-state on another matter prior to the current expert disclosure deadline.

|  | Old Dates | **New Dates** |
|---|---|---|
| Non-expert discovery cutoff | Mar. 9, 2007 | May 10, 2007 |
| Expert disclosure deadline | Feb. 28, 2007 | Mar. 7, 2007 |
| Supplemental expert disclosure deadline | Mar. 14, 2007 | Mar. 21, 2007 |

Except as set forth above, the dates in the August 29, 2006 Scheduling Conference Order remain unchanged.

Dated:  February 21, 2007.

                     Respectfully submitted,

THE MICHAEL ARCHULETA LAW FIRM

McGREGOR W. SCOTT
United States Attorney

By: /s/Jamal K. Alsaffar
MICHAEL ARCHULETA
JAMAL K. ALSAFFAR
Attorneys for PlaintiffS
Gina Melissa Silong and Lt. Col. Richard Silong, both individually and as next friend of Paige Elise Silong, their minor daughter

By: /s/Kimberly A. Gaab
KIMBERLY A. GAAB
Attorneys for Defendant
United States of America

IT IS SO ORDERED.

**Dated:   February 21, 2007**          /s/ Lawrence J. O'Neill
66h44d                              UNITED STATES DISTRICT JUDGE