McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINA MELISSA SILONG and LT. COL. RICHARD SILONG, both individually and as next friend of Paige Elise Silong, their minor daughter,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | 1:06-cv-00474-LJO-DLB<br><br>**STIPULATION RE CASE SCHEDULE; ORDER THEREON** |

　　　Plaintiffs Gina Melissa Silong and Lt. Col. Richard Silong, both individually and as next friend of Paige Elise Silong, their minor daughter ("Plaintiffs") and Defendant United States of America ("United States"), by and through undersigned counsel, hereby stipulate to the following revised dates in the Court's August 29, 2006 Scheduling Conference Order (Doc. 19) and Orders on Stipulation re Case Schedule (Docs. 23, 31), and respectfully request that the Court so approve.

　　　Good cause exists for this stipulation in that the United States' supplemental expert is unavailable to prepare the expert report by the current supplemental expert disclosure deadline.

|  | Old Dates | **New Dates** |
|---|---|---|
| Supplemental expert disclosure deadline | Mar. 21, 2007 | Apr. 4, 2007 |

Except as set forth above, the dates in the August 29, 2006 Scheduling Conference Order remain unchanged.

Dated:  March 21, 2007.

                Respectfully submitted,

| THE MICHAEL ARCHULETA LAW FIRM | McGREGOR W. SCOTT<br>United States Attorney |
|---|---|
| (As Authorized 3/20/07)<br>By: /s/Jamal K. Alsaffar<br>MICHAEL ARCHULETA<br>JAMAL K. ALSAFFAR<br>Attorneys for PlaintiffS<br>Gina Melissa Silong and Lt. Col. Richard Silong, both individually and as next friend of Paige Elise Silong, their minor daughter | By: /s/Kimberly A. Gaab<br>KIMBERLY A. GAAB<br>Attorneys for Defendant<br>United States of America |

IT IS SO ORDERED.

**Dated:   March 21, 2007**          /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES DISTRICT JUDGE