McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MELISSA SILONG and LT. COL. RICHARD SILONG, both individually and as next friend of Paige Elise Silong, their minor daughter,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | 1:06-cv-00474-LJO-DLB<br><br>**STIPULATION RE CASE SCHEDULE; [PROPOSED] ORDER THEREON** |

　　　Plaintiffs Gina Melissa Silong and Lt. Col. Richard Silong, both individually and as next friend of Paige Elise Silong, their minor daughter ("Plaintiffs"), and Defendant United States of America ("United States"), by and through undersigned counsel, hereby stipulate to the following revised trial and case dates in this action and respectfully request that the Court so approve.

　　　Good cause exists for this stipulation based on the following:

1.  The parties are attempting to settle the action prior to the expenditure of substantial sums on expert witness depositions.  The Court originally set a settlement conference for May 22, 2007.  The parties advanced the settlement conference to January 29, 2007, and attempted an early resolution of the case.  The case did not settle.

2.  Since the January 29, 2007 settlement conference, the parties have designated all of their experts and produced expert reports.  No expert depositions have yet been taken, although numerous expert depositions have been set.  There are a total of 11 experts located throughout the country in New York City, Baltimore, San Antonio, Houston, Green Bay, Los Angeles, Sacramento, Fresno, and Canton, Michigan.

3.  Following the designation of experts, the parties set another settlement conference.  The first available date on which the Court, counsel and the parties were available was May 7, 2007.  The current expert discovery cut-off date is May 10, 2007.  The parties seek to attempt to settle the action prior to the costly expenditures associated with the expert depositions.

4.  It is not possible to continue the current expert discovery cutoff date without also continuing the current pretrial motion filing deadline, and the corresponding pretrial conference and trial date.

5.  The parties have been advised by Courtroom Deputy Irma Lira that the next available trial dates are in January 2008 and accordingly request such a trial date.  The parties have not previously requested to continue the trial date.

1  Based on the above, the parties request the following
2  revised case dates:

|  | Old Dates | **New Dates** |
|---|---|---|
| Non-expert and expert discovery cutoff | May 10, 2007 | July 10, 2007 |
| Pretrial motion filing deadline | June 1, 2007 | Aug. 3, 2007 |
| Pretrial motion hearing deadline | July 6, 2007 | Sept. 7, 2007 |
| Pretrial conference | July 18, 2007 8:30 a.m. Dept. 4 (LJO) | Nov. 15, 2007 8:30 a.m. Dept. 4 (LJO) |
| Court trial (5 days est.) | Sept. 4, 2007 9:00 a.m. Dept. 4 (LJO) | Jan. 22, 2008 9:00 a.m. Dept. 4 (LJO) |

Dated:  April 10, 2007.

                    Respectfully submitted,

    THE MICHAEL ARCHULETA LAW              McGREGOR W. SCOTT
    FIRM                                   United States Attorney


By: /s/Jamal K. Alsaffar              By: /s/Kimberly A. Gaab
    MICHAEL ARCHULETA                     KIMBERLY A. GAAB
    JAMAL K. ALSAFFAR                     Attorneys for Defendant
    Attorneys for PlaintiffS              United States of America
    Gina Melissa Silong and Lt.
    Col. Richard Silong, both
    individually and as next
    friend of Paige Elise Silong,
    their minor daughter


THE COURT HAS REVIEWED THE REASONS STATED BY COUNSEL, AND FINDS GOOD LEGAL CAUSE EXISTS FOR THE ALTERATION OF THE SCHEDULING CONFERENCE ORDER AS REQUESTED.  THE REQUEST AND STIPULATION IS GRANTED.
IT IS SO ORDERED.

**Dated:   April 11, 2007**              /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

3