AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

## —— DISTRICT OF ——

**V.**

## BILL OF COSTS

Case Number:

Judgment having been entered in the above entitled action on _____ against _____ ,
                                                                                    *Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk ........................................................ $ _____

Fees for service of summons and subpoena .......................... _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case _____

Fees and disbursements for printing ................................ _____

Fees for witnesses (itemize on reverse side) ...................... _____

Fees for exemplification and copies of papers necessarily obtained for use in the case ........ _____

Docket fees under 28 U.S.C. 1923 .................................. _____

Costs as shown on Mandate of Court of Appeals .................... _____

Compensation of court-appointed experts .......................... _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... _____

Other costs (please itemize) ...................................... _____

TOTAL $ _____

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

_____ .

Signature of Attorney: _____

Name of
Attorney: _____

For: _____     Date: _____
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

By: _____
_____        _____        _____
Clerk of Court                      Deputy Clerk                          Date

This form was electronically produced by Elite Federal Forms, Inc.

BILL OF COSTS
CONTENTS

Exhibit A
Witnesses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $18,475.26

Exhibit B
Travel to Depositions . . . . . . . . . . . . . . . . . . . . . . . . . . . . $8,253.95

Exhibit C
Witness Deposition Fee  . . . . . . . . . . . . . . . . . . . . . . . . . . . $4,990.88

Exhibit D
Records Request  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $100.00

Exhibit E
Document Production Costs  . . . . . . . . . . . . . . . . . . . . . . . . . $1,049.00

Total   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $32,869.09

# EXHIBIT A
SILONG v. USA
DEPOSITIONS

| DATE | DEPONENT | TRANSCRIPTION AMOUNT |
|------|----------|---------------------|
| 11/08/06 | Dane V. Winkelman, M.D.<br>Los Angeles, CA | $368.00 |
| 05/09/07 | Dan Bagwell & Alex Willingham<br>San Antonio, TX | $ 2071.50 |
| 05/10/07 | Thomas Mayor<br>Houston, TX | $ 666.00 |
| 05/15/07 | Richard Silong, Gina Silong, Ms. Miller<br>Ridgecrest, CA | $ 4,581.15 |
| 05/17/07 | Stuart Edelberg<br>New York, NY | $2,405.70 |
| 05/21/07 | Michael Ross<br>Los Angeles | $ 1,006.60 |
| 05/25/07 | Vera Laney & Dottie Day<br>Fresno, CA | $ 292.44 |
| 05/29/07 | Joseph Capell<br>Fresno, CA | $ 625.30 |
| 05/30/07 | Michael O'Brien<br>Sacramento, CA | $ 882.75 |
| 05/31/07 | Mark Cohen<br>Sacramento, CA | $ 554.95 |
| 06/04/07 | Robert Allen<br>Baltimore, MD | $ 1,054.00 |
| 06/07/07 | Michele Grimm<br>Detroit, MI | $ 628.05 |
| 06/08/07 | Dr. Sandmire<br>Green Bay, WI | $ 730.51 |

1

| 07/10/07 | Laura Schneider, Therapist<br>Helen Belvin, Dance Teacher<br>Ridgecrest, CA | $ 1,863.00 |
|---|---|---|
| 08/01/07 | Rahul K. Nath, M.D.<br>Houston, TX | $ 402.96 |
| 08/02/07 | Tess Wolstenholme & SharronYokley<br>LeMoore, Ca | $ 342.35 |

Total Cost For Depositions                                    $18,475.26

# Precision Court Reporting Services, Inc.

305 North 2nd Avenue, Suite 138
Upland, California 91786



**BILL TO:**

**U.S. Attorney's Office**
**Kelli Taylor, Esq.**
**501 I Street, Suite 10-100**
**Sacramento, CA 95814**

### COPY

## INVOICE

| DATE | NUMBER |
|------|--------|
| 5/1/2007 | 5856 |

| Attorney: | Kelli Taylor | | TERMS |
|-----------|--------------|---|-------|
| Case Name: | Gina Melissa vs. Pima County | | COD |
| Case No.: | | | |
| Ins. Adjuster: | | | DUE DATE |
| Claim No.: | | | 5/1/2007 |
| Reporter: | | | |

| DEPONENT | DEPO DATE | DESCRIPTION | AMOUNT |
|----------|-----------|-------------|--------|
| Dr. Winkelman | 11/8/2006 | Video Copy [per tape charge] | 50.00 |
| | | Shipping and Handling with Expedite Service | 50.00 |



*Legal Video Service AVAILABLE!*

| Total | $100.00 |
|-------|---------|
| Payments/Credits | $0.00 |
| **BALANCE DUE** | **$100.00** |

Is it Depo Time?  You need it taken with "Precision"!

P. 909-984-8300 / F. 909-946-6770
Email: deposition_transcripts@yahoo.com

Please make check payable to "Precision Court Reporting Services, Inc." and reference the invoice number on your payment.
WE NOW ACCEPT PAYMENT BY CREDIT CARD. CALL FOR MORE INFORMATION.
Finance Charge: 18% annual interest rate will be applied to all past due invoices. TIN 20-2992381

"Thank you for your business!"

# MARCUS DEPOSITION REPORTING

*207 W. Oak Street*
*Lodi, CA  95240*
*Phone: 800-682-2323*
*Fax: 209-333-1133*
*TIN: 94-3261212*

ATTENTION: ACCOUNTS PAYABLE
Kelli L. Taylor, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET, STE. 10-100
SACRAMENTO, CA  95814

June  7, 2007

**Invoice#** 50907-5

**Balance:**  $2,071.50

**Re:** Silong vs. U.S.A.
Alex C. Willingham & Dan Bagwell    Job No. Kapetan2007-509
*on 05/09/07 by* Denise Mackay

## *Invoicing Information*

Charge Description                                                        Amount
Deposition of: Alex Willingham
Original and One Copy                                                   1,180.00
Deposition of: Dan Bagwell
Original and One Copy                                                     891.50

I certify good(s)/service(s) received

Signature

**P l e a s e   R e m i t   - - - >   Total Due:  $2,071.50**

*** WE NOW ACCEPT CREDIT CARDS ***

# MARCUS DEPOSITION REPORTING

*207 W. Oak Street*
*Lodi, CA  95240*
*Phone: 800-682-2323*
*Fax: 209-333-1133*
*TIN: 94-3261212*

**ATTENTION: ACCOUNTS PAYABLE**
Kelli L. Taylor, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET, STE. 10-100
SACRAMENTO, CA  95814

June  7, 2007

**Invoice#** 51007-5

**Balance:**     $666.00

**Re:** Silong vs. U.S.A.
Thomas Mayor, PhD     Job No. Kapetan2007-510
*on* 05/10/07 *by* Jill Webb

## *Invoicing Information*

| Charge Description | Amount |
| --- | --- |
| Deposition of: Thomas Mayor, PhD | |
| Original and One Copy | 666.00 |

I certify good(s)/service(s) received

_____
Signature

**P l e a s e   R e m i t   - - - >   Total Due:     $666.00**

*** WE NOW ACCEPT CREDIT CARDS ***

# MARCUS DEPOSITION REPORTING

*207 W. Oak Street*
*Lodi, CA  95240*
*Phone: 800-682-2323*
*Fax: 209-333-1133*
*TIN: 94-3261212*

**ATTENTION: ACCOUNTS PAYABLE**

Kelli L. Taylor, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET, STE. 10-100
SACRAMENTO, CA  95814

June  7, 2007

**Invoice#** 51507-1

**Balance:**  $4,581.15

**Re:** Silong vs. U.S.A.
       Gina Silong, Richard Silong & Emily Miller
       *on* 05/15/07 *by* WOOD AND RANDALL

## Invoicing Information

| Charge Description | Amount |
|---|---|
| Deposition of: Lt. Col. Richard Silong | |
| Original and One Copy | 1,116.80 |
| Deposition of: Gina Melissa Silong | |
| Original and One Copy | 905.50 |
| Deposition of: Emily Ann Miller | |
| Original and One Copy | 416.35 |
| Conference Room Rental (Receipt attached) | 95.00 |
| Video Charges: | |
| Videographer Appearance | 1,387.50 |
| Proceedings on DVD | 660.00 |

**P l e a s e   R e m i t   - - - >   Total Due:  $4,581.15**

*** *WE NOW ACCEPT CREDIT CARDS* ***

I certify good(s)/service(s) received

Signature



# Ellen Grauer
## COURT REPORTING
Co. LLC

worldwide!

I N V O I C E

126 EAST 56H STREET, FIFTH FLOOR, NEW YORK, NEW YORK 10022
PHONE: (212) 750-6434   FAX: (212) 750-1097

| Invoice Date | Invoice # |
|---|---|
| 7/9/2007 | 20073213EU |

Kelli  Taylor
United States Department of
Justice
501 I Street, Suite 10-100
Sacramento, CA 95814

Job Date/Time:   5/17/2007 1:00:00 PM

3931HB

Witness:   Stuart C. Edelberg, M.D.

Federal Tax Id #: 42-1650856

**Case:**   Gina Melissa Silong vs. United States of America

**Venue:**

| Description | Quan | Total |
|---|---|---|
| Complimentary Condensed Transcript & ASCII disk | 1 | $0.00 |
| Reporter's Appearance (am & pm) | 1 | $150.00 |
| Original + 1 Expedited Certified Deposition | 146 | $1,241.00 |
| Delivery | 1 | $45.00 |
| Video minimum | 1 | $395.00 |
| DVD sent | 2 | $300.00 |
| Video Delivery | 1 | $28.00 |
| Exhibits | 1 | $28.00 |
| Invoice Processing Fee - Deduct if paid in 30 days | 1 | $218.70 |

| | |
|---|---|
| Sub Total | $2,405.70 |
| Payments | $0.00 |
| Balance Due | $2,405.70 |

I certify good(s)/service(s) received

Signature

RECEIVED
07 JUL 12  P 1:41
ATTORNEY'S OFFICE
SACRAMENTO CALIFORNIA

**You can now download your transcripts online @ www.ellengrauer.com!**

Miller & Company Reporters
880 Apollo Street
Suite 222
El Segundo, CA 90245
(310) 322.7700   Fax (310) 322.7715

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 76219 | 05/31/2007 | 02-26660 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 05/21/2007 | POLLSY | 1:06-CV-00474 |

| CASE CAPTION |
|---|
| Gina Melissa Silong vs. United States of America |

| TERMS |
|---|
| PLEASE PAY WITHIN 30 DAYS |

Kelli L. Taylor, Assistant U.S. Atty.
UNITED STATES ATTORNEY
McGregor W. Scott
501 I Street, Suite 10-100
Sacramento, CA 95814

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Michael Glenn Ross, M.D.

                                      TOTAL DUE   >>>        866.60
                                                             866.60

INCLUDES COMPLIMENTARY DISK & CONDENSED TRANSCRIPT!
THANK YOU!

If invoice is not paid within 30 days, interest of 10% per year may be added.

I certify good(s)/service(s) received

Signature

TAX ID NO. : 20-8450119

(916) 554-2741   Fax (916) 554-2900

*Please detach bottom portion and return with payment.*

Kelli L. Taylor, Assistant U.S. Atty.
UNITED STATES ATTORNEY
McGregor W. Scott
501 I Street, Suite 10-100
Sacramento, CA 95814

Invoice No.:  76219
Date       :  05/31/2007
**TOTAL DUE**  :       866.60

Job No.  :  02-26660
Case No.  :  1:06-CV-00474-AWI-LJO
Gina Melissa Silong vs. United State

Remit To:   **Miller & Company Reporters**
            **880 Apollo Street**
            **Suite 222**
            **El Segundo, CA 90245**

**Habeas Videas**
**654 E. Mariposa St.**
**Altadena, CA 91001**



*Invoice*

| Invoice # | 3871 |
|-----------|------|
| Date | 6/4/2007 |
| Terms | Due on rec... |

**Bill To**

United States Attorney
Kelli L. Taylor
501 I. Street
suite 10-100
Sacramento, CA  95814

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2 | Legal Video Services 5/21/07<br><br>Re:  SiiLong vs. United States of America, et, al.<br>Depo:  Michael Ross, MD<br>Attorney:  Kelli L. Taylor<br><br>One DVD copy of the above:<br><br>discs = one DVD duplicate of the above @<br><br>I certify good(s)/service(s) received<br><br>Signature | 70.00 | 140.00 |

Affordable and reliable service since 1989!  THANK YOU!

| **Total** | **$140.00** |
|-----------|-------------|

habeasvideas@earthlink.net       Phone       626-797-8101

habeasvideas.com                 Fax         626-797-2384

Dupuy Productions/Habeas Videas
Tax I.D. # 95-4649272



## PAULSON

REPORTING & LITIGATION SERVICES

Telephone: 619.239.4111
Toll Free:   800.300.1214
Facsimile:  619.239.4117
www.paulsonreporting.com

KRISTI C. KAPETAN, ESQ.
U.S. DEPARTMENT OF JUSTICE-FRESNO
2500 TULARE STREET
SUITE 4401
FRESNO, CA 93721

*Invoice #19960*

| Date | Terms |
|------|-------|
| 06/14/2007 | NET 30 |

| Assignment | Case | PI File # | Shipped | Shipped Via |
|-----------|------|-----------|---------|-------------|
| 05/25/2007 | SILONG vs. UNITED STATES OF AMERICA | 4709 | 06/12/2007 | F-S-0 |

| Description |
|-------------|

**Copy Transcript of DOROTHEA HELEN DAY, LVN**
**Copy Transcript of VERA LANEY, RN**

Amount Due:     $ 265.85
Paid:            $ 0.00

| Balance Due: | $ 265.85 |
|--------------|----------|
| Payment Due: | 07/14/2007 |

*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE
NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

After 07/24/2007 Pay This Amount:        $ 292.44

I certify good(s)/service(s) received

Signature

RECEIVED U.S. ATTORNEY
2007 JUL -2 A 10: 41
SACRAMENTO, CALIF.

Tax ID No. 20-4667049

| Method of Payment | ☐ Check Enclosed |
|-------------------|------------------|
| ☐ VISA | Please Make Check Payable to Paulson Reporting Services |
| ☐ MasterCard | |
| ☐ American Express | Authorized Amount _____ |

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card Number                    Exp. Date

Daytime Phone Number

Remit to: Paulson Reporting Services, PO Box 79509, City of Industry, CA 91716-9509



P · A · U · L · S · O · N

REPORTING & LITIGATION SERVICES

Telephone: 619.239.4111
Toll Free:  800.300.1214
Facsimile:  619.239.4117
www.paulsonreporting.com

KELLI L. TAYLOR, ESQ.
U.S. DEPARTMENT OF JUSTICE-SACRAMENTO
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814

## *Invoice #20181*

| Date | Terms |
|------|-------|
| 06/18/2007 | NET 30 |

| Assignment | Case | PI File # | Shipped | Shipped Via |
|------------|------|-----------|---------|-------------|
| 05/29/2007 | SILONG vs. UNITED STATES OF AMERICA | 4709 | 06/13/2007 | F-S-0 |

| Description |
|-------------|

**Copy Transcript of JOSEPH T. CAPELL, JR., M.D.**

Amount Due:  $ 568.45
Paid:  $ 0.00

**\*\*\*ROUGH DRAFT PROVIDED\*\*\***

| Balance Due: | $ 568.45 |
| Payment Due: | 07/18/2007 |

After 07/28/2007 Pay This Amount:  $ 625.30

**I** certify good(s)/service(s) received

_____

**S**ignature

Tax ID No. 20-4667049

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

☐ **Check Enclosed**
Please Make Check Payable to Paulson Reporting Services

Authorized Amount

| | | | | | | | | | | | | | | | | | | |

Credit Card Number                              Exp. Date

_____
Signature (as it appears on your credit card)

_____
Print Name (as it appears on your credit card)

_____
Daytime Phone Number

**Remit to: Paulson Reporting Services, PO Box 79509, City of Industry, CA 91716-9509**



P A U L S O N

REPORTING & LITIGATION SERVICES

Telephone:  619.239.4111
Toll Free:   800.300.1214
Facsimile:  619.239.4117
www.paulsonreporting.com

KELLI L. TAYLOR, ESQ.
U.S. DEPARTMENT OF JUSTICE-SACRAMENTO
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814

# Invoice #21641

| Date | Terms |
|------|-------|
| 06/29/2007 | NET 30 |

| Assignment | Case | PI File # | Shipped | Shipped Via |
|------------|------|-----------|---------|-------------|
| 05/30/2007 | SILONG vs. UNITED STATES OF AMERICA | 4709 | 06/20/2007 | F-S-0 |

**Description**

Copy Transcript of ANDREW MICHAEL O'BRIEN, CRC

Amount Due:    $ 802.50
Paid:    $ 0.00

| Balance Due: | $ 802.50 |
|--------------|----------|
| Payment Due: | 07/29/2007 |

*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE
NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

After 08/08/2007 Pay This Amount:    $ 882.75

I certify good(s)/service(s) received

Signature

Tax ID No. 20-4667049

| **Method of Payment** | ☐ **Check Enclosed** | |
|---|---|---|
| ☐ VISA | Please Make Check Payable to Paulson Reporting Services | Signature (as it appears on your credit card) |
| ☐ MasterCard | | |
| ☐ American Express | Authorized Amount _____ | Print Name (as it appears on your credit card) |

Credit Card Number          Exp. Date

Daytime Phone Number

**Remit to: Paulson Reporting Services, PO Box 79509, City of Industry, CA 91716-9509**

# P·A·U·L·S·O·N

### REPORTING & LITIGATION SERVICES

Telephone: 619.239.4111
Toll Free:  800.300.1214
Facsimile: 619.239.4117
www.paulsonreporting.com

KELLI L. TAYLOR, ESQ.
U.S. DEPARTMENT OF JUSTICE-SACRAMENTO
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814

## *Invoice #20889*

| Date | Terms |
|------|-------|
| 06/25/2007 | NET 30 |

| Assignment | Case | PI File # | Shipped | Shipped Via |
|------------|------|-----------|---------|-------------|
| 05/31/2007 | SILONG vs. UNITED STATES OF AMERICA | 4709 | 06/20/2007 | F-S-O |

**Description**

**Copy Transcript of MARK COHEN**

Amount Due:     $ 504.50
Paid:     $ 0.00

| Balance Due: | $ 504.50 |
|--------------|----------|
| Payment Due: | 07/25/2007 |

***ROUGH DRAFT PROVIDED***

After 08/04/2007 Pay This Amount:     $ 554.95

RECEIVED
2007 JUL 13 P 12: 57
U.S. ATTORNEY'S OFFICE
SACRAMENTO CALIFORNIA

I certify good(s)/service(s) received

_____
Signature

Tax ID No. 20-4667049

**Method of Payment**          ☐ **Check Enclosed**
☐ **VISA**                     Please Make Check Payable to Paulson Reporting Services
☐ **MasterCard**
☐ **American Express**          Authorized Amount _____

Signature (as it appears on your credit card)

_____
Print Name (as it appears on your credit card)

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐
Credit Card Number          Exp. Date

_____
Daytime Phone Number

— **Remit to: Paulson Reporting Services, PO Box 79509, City of Industry, CA 91716-9509** —

# Art Miller & ASSOCIATES, INC.

**COURT REPORTING AND VIDEOCONFERENCING**

reporting@artmiller.com • www.artmiller.com

1301 York Road, Suite 601 • Lutherville, MD 21093
1050 Connecticut Ave. 10th Floor, Washington, D.C. 20036

OFFICES IN: BALTIMORE • TOWSON • COLUMBIA • WASHINGTON, D.C.
BALTIMORE (410) 385-1882    FAX (410) 385-1883
WASH., D.C. (202) 234-8300      (202) 234-8467

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 26658 | 06/27/2007 | 06-20919 |

| DEPOSITION DATE | COURT REPORTER |
|---|---|
| 06/04/2007 | REPLAM |

| CASE NAME |
|---|
| MCGREGOR W SCOTT , GINA MELISSA SILONG |

| TERMS |
|---|
| Due upon receipt |

KELLI TAYLOR, ESQUIRE
UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF CALIFORNIA
501 I STREET, STE 10-100
SACRAMENTO, CA 95814

ORIGINAL TRANSCRIPT OF:
    ROBERT ALLEN, PH.D., PE - 126 PAGES    126 Pages @    3.75/Page    472.50
    ROUGH DRAFT    114.00    @    1.50    171.00
    MINI TRANSCRIPT W/DISK    n/c
    SHIPPING & HANDLING    35.50

        TOTAL   DUE   >>>>    679.00

COMPLIMENTARY MINISCRIPT & ASCII TO NOTING ATTORNEY.  CONFERENCE ROOMS,  REALTIME,  LIVE
NOTE & LIVENOTE TRAINING AVAILABLE. ALSO AUDIO DEPO (IF YOU FIND THAT THE AUDIO CD IS
NOT BENEFICIAL, PLEASE DEDUCT FROM YOUR INVOICE.)

RECEIVED
U.S. ATTORNEY
2007 JUL -2 AM 8:10
SACRAMENTO, CA/F

I certify good(s)/service(s) received

Signature

52-1694968

(916) 554-2700    Fax (916) 554-2900

*Please detach bottom portion and return with payment.*

## CLIENT

KELLI TAYLOR, ESQUIRE
UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF CALIFORNIA
501 I STREET, STE 10-100
SACRAMENTO, CA 95814

Invoice No.: 26658
Date      : 06/27/2007
TOTAL DUE  :     679.00

Job No.  : 06-20919
Case No. :
MCGREGOR W SCOTT , GINA MELISSA SILO

## PLEASE REMIT PAYMENT TO:

Remit To:    Art Miller & Associates
        Heaver Plaza
        1301 York Road, Suite 601
        Lutherville, MD 21093

We are now accepting    as your payment option!

SEE REVERSE SIDE

BY ACCEPTING THE RECEIPT OF THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENTIFIED ABOVE, THE
ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PAYMENT.
TERMS: NET 30 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.0 PERCENT PER MONTH INVOICE HANDLING FEE.

oconferencing • Realtime Reporting • Computer Aided Evidence Presentations • Digital Videography • Audio Depo

OFFICES IN: BALTIMORE • TOWSON • COLUMBIA • WASHINGTON, D.C.

BALTO, MD (410) 385-1882 • FAX (410) 385-1883
WASH, D.C. (202) 234-8300 • (202) 234-8467

Case 1:06-cv-00419-LJO-DLB   Document 95   Filed 08/24/07   Page 17 of 41

# *Art Miller* & ASSOCIATES, INC.

**COURT REPORTING AND VIDEOCONFERENCING**

reporting@artmiller.com • www.artmiller.com

1301 York Road, Suite 601 • Lutherville, MD 21093
1050 Connecticut Ave. 10th Floor, Washington, D.C. 20036

| INVOICE NO. | INVOICE DATE | DEPOSITION NO. |
|---|---|---|
| 27158 | 08/20/2007 | 04-21138 |
| **DEPOSITION DATE** | | **COURT REPORTER** |
| 06/04/2007 | | PLOTGR |
| | | **CASE NAME** |

KELLI TAYLOR, ESQUIRE
UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF CALIFORNIA
501 I STREET, STE 10-100
SACRAMENTO, CA 95814

MCGREGOR W SCOTT , GINA MELISSA SILONG

**TERMS**

Due upon receipt

| | |
|---|---|
| VIDEOGRAPHER SER./MINIMU | 300.00 |
| ADDITIONAL VIDEO HRS. | 75.00 |
| **TOTAL DUE >>>>** | **375.00** |

VIDEO TAPED DEPOSITION OF DR ROBERT ALLEN

I certify good(s)/service(s) received

Signature

SACRAMENTO, CALIF.
2007 AUG 24 P 12: 23
RECEIVED
U S ATTORNEY

52-1694968                    (916) 554-2700     Fax (916) 554-2900

*Please detach bottom portion and return with payment.*

**CLIENT**

KELLI TAYLOR, ESQUIRE
UNITED STATES ATTORNEY'S OFFICE
EASTERN DISTRICT OF CALIFORNIA
501 I STREET, STE 10-100
SACRAMENTO, CA 95814

| | | |
|---|---|---|
| Invoice No.: | 27158 | |
| Date       : | 08/20/2007 | |
| TOTAL DUE  : | **375.00** | |
| Job No.    : | 04-21138 | |
| Case No.   : | | |
| MCGREGOR W SCOTT , GINA MELISSA SILO | | |

**PLEASE REMIT PAYMENT TO:**

Remit To:   **Art Miller & Associates**
            **Heaver Plaza**
            **1301 York Road, Suite 601**
            **Lutherville, MD 21093**

We are now accepting    as your payment option!

**SEE REVERSE SIDE**

BY ACCEPTING THE RECEIPT OF THE TRANSCRIPT AND/OR COURT REPORTING SERVICES SO IDENTIFIED ABOVE, THE ATTORNEY/LAWFIRM INVOICED ABOVE ACCEPTS JOINT AND SEVERABLE LIABILITY FOR ITS PAYMENT.
TERMS: NET 30 DAYS. PAST DUE ACCOUNTS WILL BE CHARGED 1.0 PERCENT PER MONTH INVOICE HANDLING FEE.

**CHAPA & GIBLIN**
GENERAL COURT REPORTERS
40 1/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

# INVOICE

PAGE   1

USDE07
ATT: KELLI L. TAYLOR
US DEPARTMENT OF JUSTICE
501 I STREET
SUITE 10-100
SACRAMENTO    CA  95814
(916)554-2741

GINA MELISSA SILONG, ETAL VS. UNITED
STATES OF AMERICA

FILE #:

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00133084 | 06/26/07 |

CHA...
GENERAL COU...
40 1/2 EAST FERRY...
DETROIT, MICHIGAN 48...
PHONE (313) 961-2288
FAX (313) 961-5240

USDE07

US DEPARTMENT OF

| INVOICE DATE |
|---|
| 06/26/07 |

| INVOICE NO. |
|---|
| 00133084 |

PLEASE REMIT THIS
STUB WITH PAYMENT

→ DETACH HERE

| PLEASE PAY THIS AMOUNT |
|---|
| 523.05 |

| B NUMBER | CASE NUMBER | TERMS | | | | | |
|---|---|---|---|---|---|---|---|
| SILON.TAYLOR | | .0% / 30 | | | | | |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| COPY ONLY DEP. OF MICHEL GRIMM, PH.D. | 06/07/07 | 2GIBLI | | 179 | 2.75 | 492.25 |
| PHOTO COPY OF EXHIBITS | 06/07/07 | 2GIBLI | | 74 | .20 | 14.80 |
| MIN-U-SCRIPT WITH WORD INDEX | 06/07/07 | 2GIBLI | 1.00 | | .00 | .00 |
| COMPACT DISC | 06/07/07 | 2GIBLI | 1.00 | | 10.00 | 10.00 |
| ASCII DISK | 06/07/07 | 2GIBLI | 1.00 | | .00 | .00 |
| POSTAGE HANDLING | 06/26/07 | 2GIBLI | | | 6.00 | 6.00 |

| INVOICE NO. | INVOICE DATE |
|---|---|
| 00133084 | 06/26/07 |

| | AMOUNT |
|---|---|
| | 523.05 |
| | .00 |

INVOICE TOTAL    $   523.05

I certify good(s)/service(s) received

_____
Signature

RECEIVED
U.S. ATTORNEY
2001 JUN 28  P 12: 06
SACRAMENTO, CALIF.

FEDERAL TAX ID NUMBER 38-1946446
1-800-308-4244
info@chapagiblin.com

CHAPA LEGAL VIDEO
V I D E O   D E P O S I T I O N   S P E C I A L I S T S

615 Griswold Street #41 Detroit, MI 48202
(313) 961-2266 • Fax (313) 961-5240

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/13/2007 | 2178 |

| BILL TO |
|---------|
| U.S. Department of Justice
United States Attorney's Office
Ms. Kelli L. Taylor
501 I Street, Suite 10-100
Sacramento, CA  95814 |

I certify good(s)/service(s) received

_____
Signature

| TERMS/ID# 381.88.9561 | REP |
|------------------------|-----|
| Due on receipt | JCC |

| DESCRIPTION | AMOUNT |
|-------------|--------|
| DVD Discs from the videotaped deposition of Dr. Michele J. Grimm, Ph.D.
(2 discs @ $70 each - 2nd disc 50% discount)


Case Name:  Gina Melissa Silong, et al vs. United States of America
Case No. 1:06-CV-00474-AWI-LJO




Deposition Date:  June 7, 2007
Deposition Location:  5050 Anthony Wayne Drive, Wayne State University, Detroit, MI


Note:  DVD discs sent by regular mail on 6/13/07. | 105.00 |
| Please include Invoice number on check.
Thank you for doing business with Chapa Legal Video. | **Total Due**   $105.00 |

RECEIVED 2007 JUN 21 P 12: 23 U.S. ATTORNEY'S OFFICE SACRAMENTO CALIFORNIA

# INVOICE

## Bay
### *Reporting Service, Inc.*

PLEASE REMIT TO:
414 South Jefferson Street
Green Bay, WI  54301
Tel (920) 432-5662
800-424-2224
Fax (920) 432-4504

INVOICE NO. :     **72018**
INVOICE DATE:     **6/18/2007**
REPORTER:
CARRIE BOHRER

ID#: *39-1715220*

UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
501 I. STREET, SUITE 10-100
SACRAMENTO, CA 95814

ATTN:  KELLI L. TAYLOR
*CASE NAME:  SILONG V. UNITED STATES*
*CASE NO:  1:06-CV-00474-AWI-LJO*

| Date | Description | Amount |
|------|-------------|--------|
| 6/08/2007 | DEPOSITION OF HERBERT SANDMIRE M.D. | |
| | 193 PAGES COPY | 492.15 |
| | SUBTOTAL...............$492.15 | |
| | SHIPPING & HANDLING | 7.00 |
| | PHOTOCOPIES OF EXHIBITS | 35.75 |
| | VIDEO CHARGES | 52.75 |
| | CD | 8.00 |
| | | 595.65 |
| | **Total Amount Due** | 595.65 |

**THANK YOU!!-PLEASE RETURN COPY WITH REMITTANCE**

I certify good(s)/service(s) received

Signature

RECEIVED
2007 JUL 20  P 1: 24
US ATTORNEY'S OFFICE
SACRAMENTO CALIFORNIA

*COMPLETE*
*COURT REPORTING*
*SERVICES*
*Courtesy conference rooms, compressed transcripts, realtime, speakerphones*

# INVOICE

## Bay
### Reporting Service, Inc.

PLEASE REMIT TO:
414 South Jefferson Street
Green Bay, WI  54301
Tel (920) 432-5662
800-424-2224
Fax (920) 432-4504

| | |
|---|---|
| **INVOICE NO. :** | **3** |
| **INVOICE DATE:** | 7/25/2007 |
| **REPORTER:** | |
| CARRIE BOHRER | |
| **ID#:** | *39-1715220* |

UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
501 I. STREET, SUITE 10-100
SACRAMENTO, CA 95814

ATTN: KELLI L. TAYLOR
*CASE NAME: SILONG VS U.S.A.*
*CASE NO. 1:06-CV-00474-AWI-LJO*

| Date | Description | Amount |
|---|---|---|
| 6/08/2007 | DEPOSITION OF HERBERT SANDMIRE | |
| | PHOTOCOPIES OF EXHIBIT #15 | 128.86 |
| | SHIPPING & HANDLING | 6.00 |
| | | 134.86 |
| | **Total Amount Due** | 134.86 |

**THANK YOU!!-PLEASE RETURN COPY WITH REMITTANCE**

*COMPLETE*
*COURT REPORTING*
*SERVICES*
*Courtesy conference rooms, compressed transcripts, realtime, speakerphones*

# MARCUS DEPOSITION REPORTING

*207 W. Oak Street*
*Lodi, CA  95240*
*Phone: 800-682-2323*
*Fax: 209-333-1133*
*TIN: 94-3261212*

ATTENTION: ACCOUNTS PAYABLE

Kelli L. Taylor, Esq.
UNITED STATES DEPARTMENT OF JUSTICE
501 I STREET, STE. 10-100
SACRAMENTO, CA  95814

August  6, 2007

**Invoice#** 71007-1

**Balance:**  $1,863.00

**Re:** Silong vs. U.S.A.
Laurie Schneider & Helene Belvin
*on 07/10/07  Billed 08/02/07*

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| Deposition of: Laura Lynne Schneider | |
| Original and One Copy | 715.05 |
| Deposition of: Helene Suzanne Belden | |
| Original and One Copy | 355.45 |
| Videographer Charges: | |
| Production Time | 412.50 |
| DVDs | 170.00 |
| Videographer Travel Time | 120.00 |
| Videographer Mileage | 90.00 |

I certify good(s)/service(s) received

Signature

2007 AUG -8  P 12: 26
RECEIVED U.S. ATTORNEY
SACRAMENTO, CALIF.

**P l e a s e   R e m i t   - - - >   Total Due:  $1,863.00**

*** *WE NOW ACCEPT CREDIT CARDS* ***

**right Watson STEN-TEL**
1801 N. Lamar Blvd.
Mezzanine Level
Austin, TX 78701
Phone: (512) 474-4363   Fax: (512) 474-8802

Job Date: 08/01/2007
Order Date: 08/01/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Defendant

# Invoice

Invoice #: 116170
Inv.Date: 08/14/2007
Balance: $229.12

**Bill To:**
Ms. Kelli L. Taylor
United States Department of Justice
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814

Action: **Gina Melissa Silong, et al**
vs
**United States of America**
Action #: **106CV00474AWILJO**
Rep: **TEV**
Cert: **CSR, RPR**

| Item | Proceeding/Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Rahul K. Nath, M.D. | One Copy of Deposition | Pages | 70 | $1.55 | $108.50 |
| 2 | Rahul K. Nath, M.D. | Exhibit Tabs | Service | 1.00 | $0.35 | $0.35 |
| 3 | Rahul K. Nath, M.D. | B/W Exhibit Copies | Pages | 14 | $0.35 | $4.90 |
| 4 | Rahul K. Nath, M.D. | Transcript Binding - 1 copy | Binder | 1.00 | $8.00 | $8.00 |
| 5 | Rahul K. Nath, M.D. | Index Tab | Tab | 1.00 | $0.35 | $0.35 |
| 6 | Rahul K. Nath, M.D. | Index-one copy | Pages | 16 | $1.50 | $24.00 |
| 7 | Rahul K. Nath, M.D. | ASCII diskette | Diskette | 1.00 | $25.00 | $25.00 |
| 8 | Rahul K. Nath, M.D. | Condensed Transcript | Copy | 1.00 | $25.00 | $25.00 |
| 9 | Rahul K. Nath, M.D. | E-Transcript | Copy | 1.00 | $25.00 | $25.00 |
| 10 | Rahul K. Nath, M.D. | UPS - Ground | Shipping | 1.00 | $8.02 | $8.02 |

I certify good(s)/service(s) received

Comments:
**Signature**

| | |
|---|---|
| Sub Total | $229.12 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $229.12 |
| Payment | $0.00 |
| **Balance Due** | $229.12 |

Federal Tax I.D.: 76-0593920
Terms: Due Upon Receipt. 1.5% After 30 Days.

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Ms. Kelli L. Taylor
United States Department of Justice
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814

**Deliver To:**
Ms. Kelli L. Taylor
United States Department of Justice
United States Attorney's Office
501 I Street
Suite 10-100
Sacramento, CA 95814

# Invoice

Invoice #: 116170
Inv.Date: 08/14/2007
Balance: $229.12
Job #: 070801TEV
Job Date: 08/01/2007
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Defendant

Phone: (512) 474-4363
Fax: (512) 474-8802

**Wright Watson STEN-TEL**
**1801 N. Lamar Blvd.**
**Mezzanine Level**
**Austin, TX 78701**

# INVOICE

Legal Video Specialists
805 W. 10th Street, Suite 400
Austin, TX 78701
Phone:512-476-1945   Fax:512-478-2782

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 159021 | 8/15/2007 | 73882 |
| **Job Date** | **Case No.** | |
| 8/1/2007 | 1:06-CV-00474-AWI-LJO | |
| **Case Name** | | |
| Gina Melissa Silong vs. USA | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kelli L. Taylor
U.S. Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814

Video Services for the Deposition of:
    Rahul Nath, M.D.
        DVD/Duplicate                 2.00  Disks               130.00
        Fed Ex                                                  34.00

                                   **TOTAL DUE  >>>**       **$164.00**
                                   AFTER 9/14/2007  PAY      $173.84

Thank you. We appreciate your business.

I certify good(s)/service(s) received

_Signature_

SACRAMENTO, CALIF.

2007 AUG 17 P 12: 16

RECEIVED
U.S. ATTORNEY

**Tax ID:** 74-2334894                                                     Phone: 916-554-2741    Fax:

*Please detach bottom portion and return with payment.*

Kelli L. Taylor
U.S. Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814

Invoice No.    :   159021
Invoice Date   :   8/15/2007
**Total Due**     :   **$ 164.00**
AFTER 9/14/2007  PAY  $173.84

Remit To: **Legal Video Specialists**
             **805 W. 10th Street, Suite 400**
             **Austin, TX 78701**

Job No.      :   73882
BU ID        :   6-V/A
Case No.     :   1:06-CV-00474-AWI-LJO
Case Name   :   Gina Melissa Silong vs. USA



PAULSON
REPORTING & LITIGATION SERVICES

Telephone: 619.239.4111
Toll Free:   800.300.1214
Facsimile:  619.239.4117
www.paulsonreporting.com

KELLI L. TAYLOR, ESQ.
U.S. DEPARTMENT OF JUSTICE - SACRAMENTO
501 I STREET
SUITE 10-100
SACRAMENTO, CA 95814

## Invoice #29090

| Date | Terms |
|------|-------|
| 08/28/2007 | NET 30 |

| Assignment | Case | PI File # | Shipped | Shipped Via |
|------------|------|-----------|---------|-------------|
| 08/02/2007 | SILONG vs. UNITED STATES OF AMERICA | 4709 | 08/15/2007 | F-S-O |

**Description**

Copy Transcript of SHARRON YOKLEY
Copy Transcript of TESS WOLSTENHOLME

Amount Due:     $ 342.35
Paid:             $ 0.00

| Balance Due: | $ 342.35 |
|--------------|----------|
| Payment Due: | 09/27/2007 |

*FOR PROPER CREDIT, PLEASE INCLUDE YOUR INVOICE
NUMBER ON CHECK.
CREDIT CARD PAYMENTS ARE ACCEPTED BY FAX.*

*THANK YOU FOR YOUR BUSINESS!*

After 10/07/2007 Pay This Amount      $ 376.59

RECEIVED
U S ATTORNEY
2007 SEP -4  A 9: 28
SACRAMENTO, CALIF.

I certify good(s)/service(s) received

Signature

Tax ID No. 20-4667049

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

☐ **Check Enclosed**
Please Make Check Payable to Paulson Reporting Services

Authorized Amount _____

| | | | | | | | | | | | | | | | | |

Credit Card Number                    Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

—— Remit to: Paulson Reporting Services, PO Box 79509, City of Industry, CA 91716-9509 ——

**EXHIBIT B**
SILONG v. USA
TRAVEL TO DEPOSITIONS

| ATTORNEY | DATES | DESTINATION | TRAVEL EXPENSES |
|---|---|---|---|
| Kim Gaab | 11/7-11/8-06 | Los Angeles, Ca | $ 185.72 |
| Kristi Kapetan | 5/8-5/10/07 | San Antonio & Houston Texas | $ 1,305.71 |
| Kelli Taylor | 5/14-5/18/07 | Ridgecrest, Ca New York, NY | $ 2,289.32 |
| Kelli Taylor | 5-21-5/22/07 | Los Angeles, CA | $ 423.82 |
| Kelli Taylor | 5/29/07 | Fresno, CA | $ 101.48 |
| Kelli Taylor | 6/3-6/5/07 | Baltimore, MD | $ 839.32 |
| Kelli Taylor | 6/6-6/8/07 | Detroit, MI Green Bay, WI | $ 1,355.84 |
| Kelli Taylor | 7/9-7/10/07 | Ridgecrest, CA | $ 496.48 |
| Kelli Taylor | 7/26/07 | LeMoore, CA | $ 162.15 |
| Kelli Taylor | 7/31-8/1/07 | Houston, TX | $ 931.96 |
| Kelli Taylor | 8/2/07 | LeMoore, CA | $ 162.15 |

TOTAL                                                        $   8,253.95

1

# Travel Voucher Summary

## 1. Voucher:

| System Tracking No | Table Segment | Local Voucher No | Voucher Date | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|---|
| V7146L0129 | USACAE | 7146L0129 | 05/26/2007 | Original | 7129O4202 | pbeauvais |

## 2. Traveler

**Name (FNF)** TAYLOR, KELLI L.

**SSN**

**Employee Type:** Employee

**Address** 501 I STREET, SUITE 10-100

**Address** NA

**City** SACRAMENTO   **State** CA   **Zip** 95814

**Country** USA

**Payment Notification** YES   **Email** KELLI.L.TAYLOR@USDOJ.GOV;PAM

## 3. Purpose

**Type Travel** TDY

**Travel Purpose** Operational

## 4. Obligation Liquidation

Final

## 7. Accounting Distribution

**Traveler Y/RegDoc** G9721260

| FY | Fund | AcdClass | PGM | Project | RCN | OME | AIN | % |
|---|---|---|---|---|---|---|---|---|
| 07 | E | 0E4097 | NA | NA | NA | NA | NA | 100 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 |
| 100% | | | | | | | | |

## 5. Itinerary

**Description**
SILONG - Depositions of Plaintiffs & Kindergarten Teacher in Ridgecrest, CA and Platniff's Expert in New York City

| Trip Began | Trip Ended | Greater Than 12 Hrs |
|---|---|---|
| 05/14/2007 | 05/18/2007 | YES |

Domestic

**Highest Class Of Travel** Coach

**Reason for upgrade** NA

| | State | City | |
|---|---|---|---|
| Primary Destination | CA | Bakersfield | Multiple Dest. YES |

## 6. Expense Summary

FMIS Upload YES

### Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transportation | $1,538.50 |
| Lodging Total (From Back) | $157.00 |
| Lodging Tax Total (From Back) | $19.22 |
| M&IE Total (from back) | $288.00 |
| Mileage Total (From Back) | $0.50 |
| ATM Fees (From Back) | $1.25 |
| Taxi/Limo (From Back) | $122.00 |
| Business Calls (From Back) | $26.10 |
| Personal Calls (From Back) | $0.00 |
| Parking (From Back) | $0.00 |
| Car Rental | $98.95 |
| Laundry | $0.00 |

### Other Expenses

| | | |
|---|---|---|
| Gas for Rental Car | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| Total Voucher | | $2,289.32 |

### Disposition

| | |
|---|---|
| Advance Repayment | $0.00 |
| Taxes Withheld Fed | $0.00 |
| Taxes Withheld State | $0.00 |
| To Travel Card | $1,889.77 |
| Amount To Traveler | $399.55 |
| Disbursement Mode | Draft Site |

**Direct Deposit** NA

### Certifying Official Sign Below

This voucher is certified correct and proper for payment

Date:

## 8. Approval

Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both (18 U.S.C. 287; 1.d 1001).

**Traveler Sign Below**

I certify this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.

Date: 5/30/07   Phone: 916-554-2714

**Approving Official Sign Below**

I certify the amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable for the travel performed.

Submission Date:

Approval Date:

| | |
|---|---|
| | Total: 100% |
| | $2,289.32 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $2,289.32 |

# Travel Voucher Summary

## 1. Voucher:

| System Tracking No | Table Segment | Local Voucher No | Voucher Date | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|---|
| V7150I2256 | USACAE | 7150I2256 | 05/30/2007 | Original | NA | pbeauvais |

## 2. Traveler

Name (FNF)  TAYLOR, KELLI L.

SSN

Employee Type:  Employee

Address  501 I STREET, SUITE 10-100

Address  NA

City  SACRAMENTO     State CA     Zip  95814

Country  USA

Payment Notification  YES     Email  KELLI.L.TAYLOR@USDOJ.GOV;pam

## 3. Purpose

Type Travel  TDY

Travel Purpose  Operational

## 4. Obligation Liquidation

Final

## 5. Itinerary

Description
SILONG - Deposition of Dr. Ross in Los Angeles, CA

| Trip Began | Trip Ended | Greater Than 12 Hrs |
|---|---|---|
| 05/21/2007 | 05/22/2007 | YES |

Domestic

Highest Class Of Travel  Coach

Reason for upgrade  NA

| | Primary Destination | | | |
|---|---|---|---|---|
| State | City | | Multiple Dest. NO | |
| CA | Los Angeles County | | | |

## 6. Expense Summary

### Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transportation | $162.80 |
| Lodging Total (From Back) | $110.00 |
| Lodging Tax Total (From Back) | $8.07 |
| M&IE Total (from back) | $96.00 |
| Mileage Total (From Back) | $9.70 |
| ATM Fees (From Back) | $35.00 |
| Taxi/Limo (From Back) | $25 |
| Business Calls (From Back) | $0.00 |
| Personal Calls (From Back) | $0.00 |
| Parking (From Back) | $1.00 |
| Car Rental | $0.00 |
| Laundry | $0.00 |

### Other Expenses

| | | |
|---|---|---|
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| Total Voucher | | $423.82 |

### Disposition

| | |
|---|---|
| Advance Repayment | $0.00 |
| Taxes Withheld Fed | $0.00 |
| Taxes Withheld State | $0.00 |
| To Travel Card | $284.87 |
| Amount To Traveler | $138.95 |
| Disbursement Mode | |
| Direct Deposit    Draft Site  NA | |

FMIS Upload YES

## 7. Accounting Distribution

Traveler YRegDoc
G97 2/265

| FY | Fund | ActClass | PGM | Project | RCN | OMF | AIN | % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07 | E | 0E4097 | NA | NA | NA | NA | NA | 100 | $423.82 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| 100% | | | | | | | Total: | 100% | $423.82 |

## 8. Approval

Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both(18 U.S.C. 287; 1 d 1001).

### Traveler Sign Below

I certify this voucher is true and correct to the best of my knowledge and belief and that payment or credit has not been received by me.

Date:  5/30/07     Phone:  914 5543-714

### Approving Official Sign Below

The amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable for the travel performed.

Submission Date:

Approval Date:

### Certifying Official Sign Below

This voucher is certified correct and proper for payment

Date:

**CLAIM FOR REIMBURSEMENT
FOR EXPENDITURES
ON OFFICIAL BUSINESS**

DEPARTMENT OR ESTABLISHMENT, BUREAU OR DIVISION CONCERNED | 2. VOUCHER NUMBER

3. SCHEDULE NUMBER

*Read the Privacy Act Statement on the back of this form.*

5. **PAID BY**

| 4. CLAIMANT | | |
|---|---|---|
| a. NAME *(Last, first, middle initial)* | | b. SOCIAL SECURITY NO. |
| Taylor, Kelli L. | | |
| c. MAILING ADDRESS *(Include ZIP Code)* | | d. OFFICE TELEPHONE NUMBER |
| 501 I Street | | |
| Suite 10-100 | | (916) 554-2741 |
| Sacramento, CA  95814 | | |

6. **EXPENDITURES** *(If fare claimed in col. (g) exceeds charge for one person, show in col. (h) the number of additional persons which accompanied the claimant.)*

| DATE (a) | CODE (b) | Show appropriate code in col. (b):<br>A - Local travel     D - Funeral Honors Detail<br>B - Telephone or telegraph, or   E - Specialty Care<br>C - Other expenses *(itemized)*<br>*(Explain expenditures in specific detail.)* | | MILEAGE RATE .285 ¢<br>NO. OF MILES (e) | AMOUNT CLAIMED | | | |
|---|---|---|---|---|---|---|---|---|
| | | (c) FROM | (d) TO | | MILEAGE (f) | FARE OR TOLL (g) | ADD PER-SONS (h) | TIPS AND MISCEL-LANEOUS (i) |
| 05/29/07 | A | POV from Sacramento to | Fresno for a Deposition | 335 | 95.48 | | | |
| 05/30/07 | C | POV to Local Depo | Parking Meter @ Capitol Mall | | | | | 6.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 05/29/07 | | SILONG - DEPO OF | DR. CAPELL IN FRESNO | | | | | |
| 05/30/07 | | SILONG - DEPO OF | DR. O'BRIEN | | | | | |
| | | | | | | | | |

*If additional space is required continue on the back.* | SUBTOTALS CARRIED FORWARD FROM THE BACK | | | | |

7. **AMOUNT CLAIMED** *(Total of cols. (f), (g) and (i).)* $ 101.48 | **TOTALS** | 95.48 | | | 6.00

8. This claim is approved. Long distance telephone calls, if shown, are certified as necessary in the interest of the Government. *(Note: If long distance calls are included, the approving official must have been authorized in writing, by the head of the department or agency to so certify (31 U.S.C. 680a).)*

*Sign Original Only*

APPROVING OFFICIAL SIGN HERE ▶ | DATE

9. This claim is certified correct and proper for payment.

*Sign Original Only*

AUTHORIZED CERTIFYING OFFICER SIGN HERE ▶ | DATE

*ACCOUNTING CLASSIFICATION*

10. I certify that this claim is true and correct to the best of my knowledge and belief and that payment or credit has not been received by me.

*Sign Original Only*

CLAIMANT SIGN HERE ▶ | DATE 06/01/07

11. **CASH PAYMENT RECEIPT**
a. PAYEE *(Signature)* | b. DATE RECEIVED
| c. AMOUNT $

12. PAYMENT MADE BY CHECK NO.

STANDARD FORM 1164 (Rev. 11-77)
Prescribed by GSA, FPMR (CFR 41) 101-7

# Travel Voucher Summary

## 1. Voucher:

| System Tracking No | Table Segment | Local Voucher No | Voucher Date | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|---|
| V7166O3817 | USACAE | 7166O3817 | 06/15/2007 | Original | NA | jbain1 |

## 2. Traveler

Name (FNF)  Taylor, Kelli L.

SSN

Employee Type:   Employee

Address   501 I STREET, SUITE 10-100

Address   NA

City   SACRAMENTO          State CA    Zip  958140000

Country   USA

Payment Notification   Email  KTAYLOR5@USDOJ.GOV
YES

## 3. Purpose

| Type Travel | Travel Purpose |
|---|---|
| TDY | Operational |

## 4. Obligation Liquidation        Final

Traveler's RegDoc
G9721278

## 5. Itinerary

**Description**
SILONG - Deposition of Dr. Allen in Baltimore, MD

| Trip Began | Trip Ended | Greater Than 12 Hrs |
|---|---|---|
| 06/03/2007 | 06/05/2007 | YES |

Domestic

Highest Class Of Travel
Coach

Reason for upgrade
NA

| State | | | | | Multiple Dest. NO |
|---|---|---|---|---|---|
| MD | Baltimore | | | | |

## 6. Expense Summary                    FMIS Upload YES

### Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transportation | $414.60 |
| Lodging Total (From Back) | $148.50 |
| Lodging Tax Total (From Back) | $17.76 |
| M&IE Total (from back) | $14.70 |
| Mileage Total (From Back) | $178.86 |
| ATM Fees (From Back) | $0.00 |
| Taxi/Limo (From Back) | $74.90 |
| Business Calls (From Back) | $0.00 |
| Personal Calls (From Back) | $0.00 |
| Parking (From Back) | $20.00 |
| Car Rental | $0.00 |
| Laundry | $0.00 |

### Other Expenses

| | | |
|---|---|---|
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| Total Voucher | | $839.32 |

### Disposition

| | |
|---|---|
| Advance Repayment | $0.00 |
| Taxes Withheld Fed | $0.00 |
| Taxes Withheld State | $0.00 |
| To Travel Card | $600.36 |
| Amount To Traveler | $238.96 |
| Disbursement Mode | Direct Deposit |
| Draft Site | NA |

## 7. Accounting Distribution

| FY | BFund | AcctDist | TRCM | Project | RCN | OMF | PAIN | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07 | E | 0E4097 | NA | NA | NA | NA | NA | 100 | $839.32 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| 100% | | | | | | | | Total: 100% | $839.32 |

## 8. Approval

Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both(18 U.S.C. 287;1.d 1001).

**Traveler Sign Below**

I certify this voucher is true and correct to the best of my knowledge and belief, and that payment credit has not been received by me.

Date: 6/15/07   Phone: 916 854274

**Approving Official Sign Below**

The amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable for the travel performed.

Submission Date:

Approval Date:

**Certifying Official Sign Below**

This voucher is certified correct and proper for payment

Date:

# Travel Voucher Summary

## 1. Voucher:

| System Tracking No | Table Segment | Local Voucher No | Voucher Type | Voucher Date |
|---|---|---|---|---|
| V7169N3608 | USACAE | 7169N3608 | Original | 06/18/2007 |

| Ref Doc No | Preparer's Name |
|---|---|
| NA | jbain1 |

## 2. Traveler

**Name (FNF)** Taylor, Kelli L.

**SSN**

**Employee Type:** Employee

**Address** 501 I STREET, SUITE 10-100

**Address** NA

**City** SACRAMENTO  **State** CA  **Zip** 958140000

**Country** USA

**Payment Notification** YES  **Email** KTAYLOR5@USDOJ.GOV

## 3. Purpose

| Type Travel | Travel Purpose |
|---|---|
| TDY | Operational |

## 4. Obligation Liquidation

**Final**

Traveler YRegDoc
G9721284

## 5. Itinerary

**Description**
SILONG - Depo of Dr. Grimm in Michigan & Dr. Sandmire in Green Bay

| Trip Began | Trip Ended | Greater Than 12 Hrs |
|---|---|---|
| 06/06/2007 | 06/09/2007 | YES |

Domestic

Highest Class Of Travel
Coach

Reason for upgrade
NA

| | State | City | | % |
|---|---|---|---|---|
| Primary Destination | MI | Detroit | | 100 |
| | NA | NA | | 0 |
| | NA | NA | | 0 |
| | NA | NA | | 0 |

Multiple Dest. YES

| | Amount |
|---|---|
| | $1,355.84 |
| | $0.00 |
| | $0.00 |
| | $0.00 |

Total: 100%  $1,355.84

## Accounting Distribution

| FY | Fund | AccClass | PGM | Project | RGN | OMF | TASK | % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07 | E | 0E4097 | NA | NA | NA | NA | NA | 100 | $1,355.84 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |

100%   Total: 100%   $1,355.84

## 6. Expense Summary

FMIS Upload YES

### Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transportation | $858.50 |
| Lodging Total (From Back) | $167.00 |
| Lodging Tax Total (From Back) | $15.00 |
| M&IE Total (from back) | $157.75 |
| Mileage Total (From Back) | $172.46 |
| ATM Fees (From Back) | $4.00 |
| Taxi/Limo (From Back) | $44.00 |
| Business Calls (From Back) | $0.00 |
| Personal Calls (From Back) | $2.00 |
| Parking (From Back) | $59.00 |
| Car Rental | $45.13 |
| Laundry | $0.00 |

### Other Expenses

| | | |
|---|---|---|
| NA | | $0.00 |
| NA | | $0.00 |
| NA | | $0.00 |
| NA | | $0.00 |
| NA | | $0.00 |
| Total Voucher | | $1,355.84 |

### Disposition

| | | |
|---|---|---|
| Advance Repayment | NA | $0.00 |
| Taxes Withheld Fed | NA | $0.00 |
| Taxes Withheld State | NA | $0.00 |
| To Travel Card | | $1,130.63 |
| Amount To Traveler | | $225.21 |
| Disbursement Mode | | |

Direct Deposit   Draft Site  NA

## 8. Approval

Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both(18 U.S.C. 287; I.d 1001).

### Approving Official Sign Below

This voucher is certified correct and proper for payment

Submission Date:
Approval Date:

### Certifying Official Sign Below

I certify this voucher is true and correct to the best of my knowledge and belief, and that payment of the amounts claimed on the approved official travel expenses, which appear to be reasonable for the travel performed.

Date:

### Traveler Sign Below

I certify this voucher is true and correct to the best of my knowledge and belief, and that payment of the amounts claimed in an expense account has not been received by me.

Date: 6/19/07  Phone:

# Travel Voucher Summary

## 1. Voucher:

| System Tracking No | Table Segment | Local Voucher No | Voucher Date | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|---|
| V7204L5015 | USACAE | 7204L5015 | 07/23/2007 | Original | NA | pbeauvais |

## 2. Traveler

**Name (FNF)** TAYLOR, KELLI L.

**SSN** NA

**Employee Type:** Employee

**Address** 501 I STREET, SUITE 10-100

**City** SACRAMENTO   **State** CA   **Zip** 95814

**Country** USA

**Payment Notification** YES   **Email** KELLI.L.TAYLOR@USDOJ.GOV;pam

## 3. Purpose

**Type Travel** TDY

**Travel Purpose** Operational

## 4. Obligation Liquidation   Final

**Traveler YRegDoc** G9721320

## 5. Itinerary

**Description**
SILONG - Travel to Ridgecrest, CA to take the Depositions of Paige Silong's Dance Teacher, Helen Belvin and her Therapist, Laurie Schneider.

| Trip Began | Trip Ended | Greater Than 12 Hrs |
|---|---|---|
| 07/09/2007 | 07/10/2007 | YES |

Domestic

**Highest Class Of Travel** Coach

**Reason for upgrade** NA

| | Primary Destination | | Multiple Dest. NO |
|---|---|---|---|
| CA | Kern County | NA | |

## Accounting Distribution

| FY | Fund | Activity | Access | PGM | Project | PRON | FOMB | MAIN | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 07 | E | | 0E4097 | NA | NA | NA | NA | NA | 100 | $496.48 |
| NA | NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| 100% | | | | | | | | | Total: | 100% |

## 6. Expense Summary

### Standard Travel Expenses

| | FMIS Upload YES |
|---|---|
| Traveler Paid Transportation | $207.30 |
| Lodging Total (From Back) | $0.00 |
| Lodging Tax Total (From Back) | $0.00 |
| M&IE Total (from back) | $68.46 |
| Mileage Total (From Back) | $0.00 |
| ATM Fees (From Back) | $0.00 |
| Taxi/Limo (From Back) | $0.00 |
| Business Calls (From Back) | $0.00 |
| Personal Calls (From Back) | $0.00 |
| Parking (From Back) | $19.00 |
| Car Rental | $1,572 |
| Laundry | $0.00 |

### Other Expenses

| | |
|---|---|
| NA | NA |
| NA | NA |
| NA | NA |
| NA | NA |
| NA | NA |
| Total Voucher | $496.48 |

### Disposition

| | |
|---|---|
| Advance Repayment | $0.00 |
| Taxes Withheld Fed | $0.00 |
| Taxes Withheld State | $0.00 |
| To Travel Card | $13.02 |
| Amount To Traveler | $496.46 |
| Disbursement Mode | Direct Deposit |
| Draft Site | NA |

## 7.

The amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable for the travel performed.

## 8. Approval

**Note:** Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both(18 U.S.C. 287:1d 1001).

### Traveler Sign Below

**Note:** I certify this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.

Date: 7/26/05   Phone: 916 554 2744

### Approving Official Sign Below

Submission Date:

Approval Date:

### Certifying Official Sign Below

This voucher is certified correct and proper for payment

Date:

# Travel Voucher Summary

## 1. Voucher:

| System Tracking No | Table Segment | Local Voucher No | Voucher No | Voucher Date | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|---|---|
| V7219L1455 | USACAE | 7219L1455 | | 08/07/2007 | Original | NA | pbeauvais |

## 2. Traveler

**Name (FNF)** TAYLOR, KELLI L.

**SSN**

**Employee Type:** Employee

**Address** 501 I STREET, SUITE 10-100

**Address** NA

**City** SACRAMENTO   **State** CA   **Zip** 95814

**Country** USA

**Payment Notification** YES   **Email** KELLI.L.TAYLOR@USDOJ.GOV

## 3. Purpose

**Type Travel** TDY

**Travel Purpose** Operational

## 4. Obligation Liquidation   Final

**Traveler YRegDoc** G97

## Accounting Distribution

| FY | Fund | ActClass | PGM | Project | RCN | OMF | AIN | % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07 | E | 0E4097 | NA | NA | NA | NA | NA | 100 | $162.15 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| 100% | | | | | | | | Total: 100% | $162.15 |

## 5. Itinerary

**Description** SILONG - Depo prep of Tess Wolstenholme in Lemoore, California

| Trip Began | Trip Ended | Greater Than 12 Hrs |
|---|---|---|
| 07/26/2007 | 07/26/2007 | YES |

Domestic

**Highest Class Of Travel** Coach

**Reason for upgrade** NA

| | State | City | | Primary Destination | Multiple Dest. NO |
|---|---|---|---|---|---|
| | CA | Lemoore | | | |

## 6. Expense Summary   FMIS Upload YES

### Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transportation | $0.00 |
| Lodging Total (From Back) | $0.00 |
| Lodging Tax Total (From Back) | $0.00 |
| M&IE Total (from back) | $36.75 |
| Mileage Total (From Back) | $125.40 |
| ATM Fees (From Back) | $0.00 |
| Taxi/Limo (From Back) | $0.00 |
| Business Calls (From Back) | $0.00 |
| Personal Calls (From Back) | $0.00 |
| Parking (From Back) | $0.00 |
| Car Rental | $0.00 |
| Laundry | $0.00 |

### Other Expenses

| | | |
|---|---|---|
| | NA | $0.00 |
| | NA | $0.00 |
| | NA | $0.00 |
| | NA | $0.00 |
| | NA | $0.00 |
| Total Voucher | | $162.15 |

### Disposition

| | | |
|---|---|---|
| Advance Repayment | NA | $0.00 |
| Taxes Withheld Fed | NA | $0.00 |
| Taxes Withheld State | NA | $0.00 |
| To Travel Card | NA | $0.00 |
| Amount To Traveler | NA | $162.15 |
| Disbursement Mode | NA | |

**Direct Deposit**   **Draft Site** NA

## 8. Approval

Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both(18 U.S.C. 287; I.d 1001).

### Traveler Sign Below

I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.

Date: _____   Phone: _____

### Approving Official Sign Below

The amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable for the travel performed.

Submission Date: _____

Approval Date: _____

### Certifying Official Sign Below

This voucher is certified correct and proper for payment

Date: _____

# Travel Voucher Summary

## 1. Voucher:

| System Tracking No | Table Segment | Local Voucher No | Voucher No | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|---|
| V7219L5447 | USACAE | 7219L5447 | 08/07/2007 | Original | NA | pbeauvais |

## 2. Traveler

Name (FNF) TAYLOR, KELLI L.

SSN

Employee Type: Employee

Address 501 I STREET, SUITE 10-100

Address NA

City SACRAMENTO   State CA   Zip 95814

Country USA

Payment Notification YES   Email KELLI.L.TAYLOR@USDOJ.GOV;pam

## 3. Purpose

Type Travel TDY

Travel Purpose Operational

## 4. Obligation Liquidation

Final

Traveler Y/RegDoc G97

## Accounting Distribution

| FY | Fund | AcctClass | PGM | Project | PRCN | OMF | AIN | State | City | % | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | E | 0E4097 | NA | NA | NA | NA | NA | TX | Houston | 100 | $931.96 |
| NA | NA | NA | NA | NA | NA | NA | NA | | | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | | | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | | | 0 | $0.00 |

100%   Total: 100%   $931.96

## 5. Itinerary

Description SILONG - Depo of Dr. Nath in Houston, Texas

| Trip Began | Trip Ended | Greater Than 12 Hrs |
|---|---|---|
| 07/31/2007 | 08/01/2007 | YES |

Domestic

Highest Class Of Travel Coach

Reason for upgrade NA

Primary Destination
State TX   City Houston

Multiple Dest. NO

## 6. Expense Summary

FMIS Upload YES

### Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transportation | $569.10 |
| Lodging Total (From Back) | $95.00 |
| Lodging Tax Total (From Back) | $16.15 |
| M&IE Total (from back) | $88.50 |
| Mileage Total (From Back) | $15.96 |
| ATM Fees (From Back) | $0.00 |
| Taxi/Limo (From Back) | $122.25 |
| Business Calls (From Back) | $0.00 |
| Personal Calls (From Back) | $0.00 |
| Parking (From Back) | $14.00 |
| Car Rental | $0.00 |
| Laundry | $0.00 |

### Other Expenses

| | | |
|---|---|---|
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| Total Voucher | | $931.96 |

### Disposition

| | |
|---|---|
| Advance Repayment | $0.00 |
| Taxes Withheld Fed | $0.00 |
| Taxes Withheld State | $0.00 |
| To Travel Card | $699.25 |
| Amount To Traveler | $232.71 |
| Disbursement Mode | |
| | $931.96 |

Direct Deposit

Draft Site NA

### Certifying Official Sign Below

This voucher is certified correct and proper for payment

This voucher contains the approved official travel expenses, which appear to be reasonable and proper.

Date:

## 8. Approval

Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both(18 U.S.C. 287; 1 d 1001).

### Traveler Sign Below

I certify this voucher is true and correct to the best of my knowledge and belief, and that payment of the amounts claimed on this voucher are approved official travel expenses, which appear to be credit has not been received by me.

Date: 08/07/07   Phone:

### Approving Official Sign Below

The amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable that the travel performed.

Submission Date:

Approval Date:

# Travel Voucher Summary

## 1. Voucher:

| System Tracking No | Table Segment | Local Voucher No | Voucher No | Voucher Date | Voucher Type | Ref Doc No | Preparer's Name |
|---|---|---|---|---|---|---|---|
| V7219L1922 | USACAE | 7219L1922 | | 08/07/2007 | Original | NA | pbeauvais |

## 2. Traveler

**Name (FNF)** TAYLOR, KELLI L.

**SSN**

**Employee Type:** Employee

**Address** 501 I STREET, SUITE 10-100

| City SACRAMENTO | State CA | Zip 95814 |
|---|---|---|
| Country USA | | |

Payment Notification YES   Email KELLI.L.TAYLOR@USDOJ.GOV/pam

## 3. Purpose

| Type Travel | Travel Purpose |
|---|---|
| TDY | Operational |

## 4. Obligation Liquidation    Final

Traveler YRegDoc
G97

## Accounting Distribution

| FY | Fund | ActClass | PGM | Project | RCN | OMF | AIN | % | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 07 | E | 0E4097 | NA | NA | NA | NA | NA | 100 | $162.15 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| NA | NA | NA | NA | NA | NA | NA | NA | 0 | $0.00 |
| 100% | | | | | | | Total: | 100% | $162.15 |

## 5. Itinerary

Description
SILONG - Depositions of Yoakley and Wolstenholme in LeMoore, CA

| Trip Began | Trip Ended | Greater Than 12 Hrs |
|---|---|---|
| 08/02/2007 | 08/02/2007 | YES |

Domestic

Highest Class Of Travel   Coach

Reason for upgrade   NA

| | State | City | AIN | Primary Distribution | Multiple Dest. NO |
|---|---|---|---|---|---|
| | CA | Lemoore | NA | | |

## 6. Expense Summary     FMIS Upload YES

### Standard Travel Expenses

| | |
|---|---|
| Traveler Paid Transportation | $0.00 |
| Lodging Total (From Back) | $0.00 |
| Lodging Tax Total (From Back) | $0.00 |
| M&IE Total (from back) | $36.75 |
| Mileage Total (From Back) | $125.40 |
| ATM Fees (From Back) | $0.00 |
| Taxi/Limo (From Back) | $0.00 |
| Business Calls (From Back) | $0.00 |
| Personal Calls (From Back) | $0.00 |
| Parking (From Back) | $0.00 |
| Car Rental | $0.00 |
| Laundry | $0.00 |

### Other Expenses

| | | |
|---|---|---|
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| NA | NA | $0.00 |
| | Total Voucher | $162.15 |

### Disposition

| | |
|---|---|
| Advance Repayment | $0.00 |
| Taxes Withheld Fed | $0.00 |
| Taxes Withheld State | $0.00 |
| To Travel Card | $0.00 |
| Amount To Traveler | $162.15 |
| Disbursement Mode | Direct Deposit |

Draft Site   NA

## 8. Approval

Note: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment of not more than 5 years or both(18 U.S.C. 287; 1d 1001).

### Traveler Sign Below

I certify this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.

Date: [signature]   Phone:

### Approving Official Sign Below

The amounts claimed on this voucher are approved official travel expenses, which appear to be reasonable for the travel performed.

Submission Date:
Approval Date:

### Certifying Official Sign Below

This voucher is certified correct and proper for payment

Date:

**EXHIBIT C**
SILONG v. USA
WITNESS DEPOSITION FEES

| Expert | COST |
|---|---|
| Dan Bagwell | $    984.38 |
| Thomas Mayor, MD | $    437.50 |
| Robert Allen, PhD | $ 1,012.50 |
| Stuart Edelberg, MD | $    844.00 |
| Alex Willingham, MD | $    962.50 |
| Dr. Nath | $   750.00 |

TOTAL                                                         $ 4,990.88

# ARCHULETA, ALSAFFAR & HIGGINBOTHAM
## A PROFESSIONAL CORPORATION
### P.O. BOX 340639
### AUSTIN, TEXAS 78734

JAMAL K. ALSAFFAR
WRITER'S E-MAIL:
JALSAFFAR@GOVTCLAIM.COM

TELEPHONE: (512) 266-7676
TELEFAX: (512) 266-4646

July 23, 2007

Kelli Taylor
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916)554-2700
Telefax:  (916)554-2900

Re: *Gina Silong, et al. v. U.S.A.*

Dear Kelli:

We respectfully request reimbursement for the following expert depositions:

| | |
|---|---|
| Dan Bagwell | $   984.38 ✓ |
| Thomas Mayor, MD | $   437.50 ✓ |
| Robert Allen, PhD | $1,012.50 ✓ |
| Stuart C Edelberg, MD | $   844.00 ✓ |
| Alex Willingham, MD | $   962.50 ✓ |
| **Total** | **$4,240.88** |

Sincerely,

*Jamal Alsaffar*     *with permission*
Jamal Alsaffar

JA/lmd
Enclosure

"Within the terms of the approved O&D-47, I certify that services have been received and payment in the amount of $4240.88 is due and payable to the expert witness.

AUSA _____  Date 7/23/07

**EXHIBIT D**
SILONG v. USA
RECORDS REQUESTS

| FROM | CHARGE |
|---|---|
| Allcare Therapy Services | $   25.00 |
| Dr. Nath | $   15.00 |
| Dr. Nath | $   15.00 |
| Laurie Schneider | $   15.00 |
| Ms. Miller | $   15.00 |
| Ms. Belven | $   15.00 |
| Total | $ 100.00 |

6-11-07

Attn: Kelli L. Taylor, Assistant U.S. Attorney

U.S. Department of Justice
501 I Street, Suite 10-100
Sacramento, CA 95814
Ph: 916-554-2721
Fax: 916-554-2900

RECEIVED
U.S. ATTORNEY
2007 JUN 11 P 2: 21
SACRAMENTO, CALIF.

# Invoice

Charge for medical records on: Page Elise Silong **$25.00**
Case # 06-CV-00474-LJO

Upon receipt of invoice payment, we will send the requested medical records.

Please send payment to:

Allcare Therapy Services
330 E. Ridgecrest Blvd., Ste C & D
Ridgecrest, CA 93555
Ph: 760-371-1411
Fx: 760-371-1410

TAX ID # 71-078-3147

I certify good(s)/service(s) received

Signature

**EXHIBIT E**

SILONG v. USA

DISCOVERY PRODUCED BY GOVERNMENT

| COPYING/PRODUCTION COSTS | DATE SERVED | NO. OF PAGES | TOTAL NO. OF COPIES |
|---|---|---|---|
| Documents with Initial Disclosure | 8/23/05 | 336 | $84.00 |
| Discovery Responses (Interrogatories) | 11/8/05 | 10 | $2.50 |
| Discovery Responses (Admissions) | 10/11/05 | 4 | $1.00 |
| Supplemental Document Production | 12/27/06 | 975 | $243.75 |
| Settlement Conference Brief | 1/22/07 | 22 | $5.50 |
| Supplemental Document Production | 2/27/07 | 328 | $82.00 |
| Settlement Conference Brief | 4/22/07 | 15 | $3.75 |
| Reproduction of Policy Manual | 6/07 | 198 | $49.50 |
| Supplemental Production | 7/3/07 | 1021 | $255.25 |
| Moving Papers for Motion for Summary Adjudication of Various Categories of Plaintiffs' Damages(copies sent to court) | 8/3/07 | 78 | $19.50 |
| Depositions Lodged with Court in Support of Motion for Summary Adjudication<br>Winkleman Deposition (81 pages)<br>Plaintiff Gina Silong Deposition (130 pages)<br>Plaintiff Lt. Col. Silong Deposition (159 pages)<br>Ms. Miller Deposition (45 pages)<br>Dr. Willingham Deposition (136 pages)<br>Mr. Mayor Deposition (75 pages)<br>Mr. O'Brien Deposition (106 pages) | 8/3/07 | 732 | $183.00 |
| Moving Papers for Motion for Summary Judgment (copies sent to court) | 8/3/07 | 93 | $23.25 |
| Depositions Lodged with Court in Support of Motion for Summary Judgment<br>Dr. Edelberg (128 pages)<br>Dr. Allen (113 pages) | 8/3/07 | 241 | $60.25 |

1

| | | | |
|---|---|---|---|
| Opposition to Plaintiffs' *Daubert* Challenge of Dr. Grimm | 8/20/07 | 28 | $7.00 |
| Reply to Plaintiffs' Opposition to Motion for Summary Adjudication of Damages | 8/30/07 | 29 | $7.25 |
| Reply to Plaintiffs' Opposition to Motion for Summary Judgment | 8/30/07 | 86 | $21.50 |
| Total | | 4,196 | $1,049.00 |

2