Michael Archuleta  (Texas SB#00783555)
Archuleta, Alsaffar & Higginbotham
P.O. Box 340639
1100 Lakeway Dr., Suite 101
Austin, Texas 78734
Tel.  (512) 266-7676
Fax  (512) 266-4646

Attorneys for Plaintiffs, *pro hac vice*

Lynette Hecker (CA. SB#
Law Offices of David J. St. Louis, Inc.
7100 N. Financial Dr., Suite 105
Fresno, California 93720
Tel. (559) 431-5563
Fax (559) 431-2267

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA MELISSA SILONG AND LT. COL. RICHARD SILONG, BOTH INDIVIDUALLY AND AS NEXT FRIENDS OF PAIGE ELISE SILONG, MINOR CHILD;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA;<br><br>Defendant. | CASE NO.  1:06-CV-00474-AWI-LJO<br><br>**PROPOSED ORDER SUSTAINING PLAINTIFFS' OBJECTIONS TO DEFENDANT'S BILL OF COSTS** |

On this date, the Court having duly considered Plaintiffs' Objections to Defendant's Bill of Costs, and the Court finding the same to be meritorious, it is accordingly **GRANTED** and Plaintiffs' Objections are **SUSTAINED.**

1  IT IS SO ORDERED that Plaintiffs' Objections to Defendant's Bill of Costs is
2  **GRANTED,** Plaintiffs' Objections are **SUSTAINED,** and it is hereby ORDERED that the
3  taxable costs of court are $14,700.11.

5  Signed and entered this _____ day of _____, 2007.

8  _____
   LAWRENCE J. O'NEILL, U.S. DISTRICT JUDGE