AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

DISTRICT OF _____ EASTERN DISTRICT OF CALIFORNIA

GINA MELISSA SILONG, ET AL.,

V.

UNITED STATES OF AMERICA,

BILL OF COSTS

Case Number: 1:06-cv-00474-LJO

Judgment having been entered in the above entitled action on  9/14/2007  against GINA MELISSA SILONG ET AL.,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 100.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 18,475.26 |
| Fees and disbursements for printing | 1,049.00 |
| Fees for witnesses (itemize on reverse side) | 4,990.88 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 8,253.95 |
| **TOTAL $** | **32,869.09** |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

Jamal K. Alsaffar

Signature of Attorney: /s/Kelli L. Taylor

Name of Attorney: Kelli L. Taylor

For: United States of America          Date: 9/24/2007
Name of Claiming Party

Costs are taxed in the amount of  $13,578.73  and included in the judgement.

VICTORIA C. MINOR      By: _____     2/28/2008
Clerk of Court                  Deputy Clerk                      Date

This form was electronically produced by Elite Federal Forms, Inc.

UNITED STATES DISTRICT COURT
Eastern District of California
501 I Street, Suite 4-401
Sacramento, CA 95814

VICTORIA C. MINOR
Clerk

Reply To:
Divisional Office
2500 Tulare St., Suite 1501
Fresno, CA 93721
Alice Timken - (559) 499-5625
atimken@caed.uscourts.gov

February 28, 2008

To All Counsel
(see attached)

        Re:    1:06-cv-474 LJO
                Silong vs USA

Counsel:

      The cost bill submitted by defendant is taxed in the amount of $13,578.73.

      An explanation of allowed and disallowed costs is attached.

      Any motion to review the taxation of costs shall be filed in accordance with the local rules.

      Sincerely,

      VICTORIA C. MINOR, Clerk

By    *[signature]*
      G. Lucas, Court Services Supervisor

Exhibit A - Depositions - The following charges are not recoverable and were reduced from the invoices: Deposition room charge; video depositions (transcripts and video both are not recoverable, transcript was allowed); expedited fees; invoice processing fees; late charges; rough drafts, videographer travel; videographer mileage, ASCII discs; condensed transcripts; e-transcripts.

Exhibit A is taxed in the amount of $12,189.73.

Exhibit B - Attorney travel to depositions is not recoverable.

Exhibit B is taxed in the amount of $0.

Exhibit C - Witness fees, regardless if they are an expert, are recoverable in the amount of $40 per person, per day. (Mileage and subsistence are recoverable, however no documentation was provided)

Exhibit C is taxed in the amount of $240.00.

Exhibit D - Records requests are recoverable.

Exhibit D is taxed in the amount of $100.00.

Exhibit E - Discovery production costs are recoverable.

Exhibit E is taxed in the amount of $1,049.00.